**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Raynier PUPO, a.k.a. Ray,**
**Defendant–Appellant.**

**No. 08–10573**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 13, 2009.

Richard L. Rosenbaum, Arnstein & Lehr, LLP, Ft. Lauderdale, FL, for Plaintiff–Appellee.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Defendant–Appellant.

Before TJOFLAT, DUBINA and HILL, Circuit Judges.

PER CURIAM:

Richard L. Rosenbaum, appointed counsel for Raynier Pupo, filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issue of merit, counsel's motion to withdraw is **GRANTED,** and Pupo's conviction and sentence are **AFFIRMED.**